United States District Court

Western District of Wisconsin

DOC NO

REC'D/FILED

2015 NOV 16  AM 11:28

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Joseph Reinwand

Plaintiff

-v-

National Electrical Benefit
Fund etal

Defendant

Case no: 3:14-CV-845-bbc

Motion for Appointment of
Counsel   (2nd request)

The plaintiff is requesting this court to
exercise it's authority and appoint the Plaintiff counsel
to represent him in the above matter

Date: 11/11/15

Sincerely
Joseph Reinwand
Joseph Reinwand
CCI
PO Box 900
Portage Wi 53901

CC: Attorney for Defendants
Sarah A Huck
Reinhart Boerner Van Deuren
PO Box 2965
Mil Wi 53201