# AFFIDAVIT

I FAIRLY W. EARLS BEING OF SOUND MIND DO HEREBY STATE THE FOLLOWING INFORMATION TO BE TRUE AND ACCURATE.

I AM CURRENTLY HELD AT THE COLUMBIA CORRECTIONAL INSTITUTION WITH THE PLAINTIFF JOSEPH REINWAND, MY INMATE NUMBER IS 369129. I HEREBY SWEAR UNDER OATH AND PENALTY OF PREJURY OF LAW THAT I HAVE BEEN ASSISTING THE PLAINTIFF JOSEPH REINWAND IN HIS REPRESENTATION AND PRESENTATION OF THE CIVIL MATTER KNOWN AS CASE NO. 14-CV-00845-bbc SINCE THE INITIAL FILING OF THE COMPLAINT.

ALL CLEAR AND WELL ORGANIZED FILINGS AND MOTIONS HAVE BEEN OF MY DOING AND DIRECTION PURSUANT TO THE RULES FOR THOSE FILINGS. I AM NOT A LAWYER RECONIZED BY THE WISCONSIN BAR ASSOCIATION OR ALLOWED TO PRACTICE LAW IN THE COURTS, YET. HOWEVER A MORE COMMONLY LOSEY USED TERM BY THE SYSTEM IS CORRECT "JAIL HOUSE LAWYER".

NOR AM I A DOCTOR BUT BASED ON DOCUMENTS AND MY OWN OBSERVANCE OF THE PLAINTIFF HE DOES HAVE A LIMITED KNOWLEDGE AND UNDERSTANDING OF THE LAW AND OR FOLLOWING COURT PROCEDURES.

THE UPCOMING TRIAL IN THIS MATTER MAY REQUIRE AN EXPERT AND LEGAL EVALUATION OF THE COMPLEX RULES THAT GOVERN "ERISA" REQUIRING COUNSEL.

THE PLAINTIFF HAS RELIED ON MY EXPERTISE AND ADVISE IN THE LAW AND COURT PROCEDURES 100%. I AM NOT BEING PAID OR COMPENSTATED FOR THE EXPERTISE OR ADVISE BY THE PLAINTIFF IN ANY SHAPE OR MEANS. I AM ASSISTING THE PLAINTIFF BECAUSE HE IS MY FRIEND AND HAS A DISABILITY PREVENTING HIM FROM DOING IT HIMSELF.

THE PLAINTIFF AT MY ADVISE TRIED TO OBTAIN COUNSEL FOR THIS MATTER BUT WAS NOT SUCCESSFUL. THE PLAINTIFF IS NOT UP TO THE TASK OF REPRESENTING HIMSELF AT TRIAL WITHOUT ASSISTANCE. FURTHER IF I OR THE PLAINTIFF WERE TO BE TRANSFERRED TO ANOTHER INSTITUTION IT WOULD BE A LOSS TO THE CASE AND THE COURTS TIME.

The court's opinion and explanation in the order dated October 22, 2015 to the effect that the plaintiff suffers from no apparent physical or mental disabilities is a forgone conclusion and preconceived notion by the court on the courts own opinion of the manner of the filings received by the court and not the plaintiffs actual physical or mental disabilities.

I composed those clear and well-organized filings that exhibit no physical or mental disabilities observed by the court. The two disabilities mentioned is better suited for a professional in that field of practice. The plaintiff at my direction rewrote what I gave him to file with the court in his own handwriting before submitting the item with the court.

I am the one with the legal knowledge and understanding of the legal procedures relevant to the plaintiffs claims. It is the intent of this affidavit to clear up any inadvertant misunderstanding on the plaintiffs ability to represent himself in the matter before the court.

DATED: 11-06-2015

SINCERELY,

Fairly W. Earls

FAIRLY W. EARLS
COLUMBIA CORRECTIONAL
P.O. BOX 900
PORTAGE, WI 53901

DOC NO
REC'D/FILED
2015 NOV 16 AM 11:28
PETER OPPENEER
CLERK US DIST COURT
WD OF WI