IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH REINWAND,

    Plaintiff,

v.

NATIONAL ELECTRICAL BENEFIT FUND and
LAWRENCE J. BRADLEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-845-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered:

    (1) granting summary judgment in favor of plaintiff with respect to his claim that defendants National Electrical Benefit Fund and Lawrence J. Bradley violated 29 U.S.C. § 1132(a)(1)(B) by failing to afford plaintiff full and fair review of his application for reinstatement of his disability benefits under the National Electrical Benefit Fund plan and remanding this claim to the plan administrator for full and fair review in accordance with ERISA; and

    (2) granting summary judgment in favor of defendants with respect to plaintiff's claim that defendants violated 29 U.S.C. 1132(c)(1) and dismissing this case.

| /s/ | 6/24/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |