UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 SEP -8 AM 11:51
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Joseph Reinwand,
    Plaintiff,

v.

Case No. 14-cv-845-bbc

National Electrical Benefit Fund
and Lawrence J. Bradley,
    Defendants.

## NOTICE
## OF APPEAL

Notice is hereby given that the Plaintiff Joseph Reinwand, in the above entitled action hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order of the United States District Court for the Western District of Wisconsin who entered a order on 08-18-2016 Granting the Plaintiff as the prevailing party with success on the merits of his claim. The Court granted cost in the plaintiffs second request of cost but failed to award the plaintiff any damages as stated in the complaintiff.

The notice of appeal is pursuant to USCS Fed. R. APP. procedures 3 and 4, and is timely filed within the time allowed for an appeal notice.

Dated: 09-06-2016

Sincerely,

*Joseph Reinwand*

Joseph Reinwand 569593
Columbia Correctional
P.O. Box 900
Portage, WI. 53901