IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH REINWAND,

    Plaintiff,

v.

NATIONAL ELECTRICAL BENEFIT FUND
and LAWRENCE J. BRADLEY,

    Defendants.

AMENDED JUDGMENT
IN A CIVIL CASE

14-cv-845-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Joseph Reinwand against defendants National Electrical Benefit Fund and Lawrence J. Bradley taxing costs in the amount of $499.90.

| /s/ | 11/3/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |